UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MCDONALD,<br><br>          Plaintiff,<br><br>     v.<br><br>SECRETARY, DEPARTMENT OF CORRECTIONS, et al.,<br><br>          Defendants. | Case No. 25-cv-04110-JD<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. No. 2 |

This is a civil rights case brought pro se by a Florida state prisoner. Plaintiff presents allegations regarding his arrest and imprisonment that occurred within the venue of the United States District Court for the Middle District of Florida. He also raises claims regarding the conditions of confinement at facilities in other districts in Florida and he argues that the Court in the Middle District violated local rules in ruling on his various cases. Because most of the events for this case and defendants are located in the Middle District of Florida, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is transferred to the United States District Court for the Middle District of Florida. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's pending motion (Dkt. No. 2) which is vacated.

**IT IS SO ORDERED.**

Dated: June 18, 2025

_____
JAMES DONATO
United States District Judge